# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF MISSISSIPPI
# EASTERN DIVISION

**ESPERONDA BAKER**                                                          **PLAINTIFF**

**V.**                            **CIVIL ACTION NO. 1:09CV36-SA-JAD**

**ROGERS LEE HOLMAN, In His Individual
Capacity, CITY OF OKOLONA, MISSISSIPPI
and CNA SURETY COMPANY a/k/a
WESTERN SURETY COMPANY**                                 **DEFENDANTS**

## JUDGMENT

THIS CAUSE, having come before the Court on the Motion for Summary Judgment filed by Western Surety Company [70] against the Plaintiff, and the Plaintiff having filed a Confession of said Motion, admitting that Western Surety Company's Motion for Summary Judgment is well taken, the Court hereby enters judgment in favor of Western Surety Company and against Esperonda Baker, dismissing with prejudice the Plaintiff's Amended Complaint against Western Surety Company.

SO ORDERED AND ADJUDGED ON this 5th day of April, 2010.

                                                                                 **s/ Sharion Aycock**
                                                                              **U.S. DISTRICT COURT JUDGE**