IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

**ESPERONDA BAKER**                                                                               **PLAINTIFF**

**V.**                                                                        **CIVIL ACTION NO: 1:09-CV-36**

**ROGERS LEE HOLMAN, In His Individual**                          **DEFENDANTS**
**Capacity, and CITY OF OKOLONA, MISSISSIPPI**

## ORDER ON SUMMARY JUDGMENT

Pursuant to an opinion issued this day, it is hereby ORDERED that

(1) the Municipal Defendant's Motion for Summary Judgment [97] is GRANTED;

(2) the Plaintiff's claims against the Municipal Defendant are dismissed; and

(3) the Municipal Defendant's Motion to Strike Plaintiff's Expert Witness is terminated as moot.

All memoranda, depositions, declarations, and other materials considered by the Court in ruling on this motion are hereby incorporated into and made a part of the record in this action.

SO ORDERED, this the 4th day of October, 2010.

                                                        /s/ Sharion Aycock
                                                        **UNITED STATES DISTRICT JUDGE**