# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF MISSISSIPPI
# EASTERN DIVISION

**ESPERONDA BAKER**                                                      **PLAINTIFF**

**V.**                                              **CIVIL ACTION NO: 1:09CV36-A-D**

**ROGERS LEE HOLMAN,**
In His Individual Capacity                                         **DEFENDANT**

## ORDER

Pursuant to a Memorandum Opinion to be issued on this day, it is hereby ordered that:

(1) Plaintiff's Motion for Judgment as a Matter of Law is **DENIED**;

(2) Plaintiff's Motion for a New Trial is **GRANTED** in part and **DENIED** in part; and

(3) A separate Order will be issued by the Court providing a briefing schedule and new trial date.

So ordered on this, the  13th   day of    June        , 2011.


                                                        **/s/   Sharion Aycock**
                                                        **UNITED STATES DISTRICT JUDGE**